

MN6219-3

# System Agreement
between
## MUNIS
370 U. S. Route 1
Falmouth, Maine 04105

and

## City of San Buenaventura
501 Poli Street
Ventura, CA  93002

1 of 14



Agreement No. _0004-035_

City Council Approved: _6/22/02_

# AGREEMENT

This Agreement made this 28th day of June, 2004 between MUNIS, a Maine Corporation, with offices at 370 U.S. Route 1, Falmouth, Maine, 04105 (MUNIS) and the City of San Buenaventura, with its principal offices at 501 Poli Street, Ventura, CA 93002 (Client).

MUNIS and Client agree as follows:

1. MUNIS shall furnish the products and services as described in this Agreement, and Client shall pay the prices set forth in this Agreement.

MUNIS shall mail invoices to Client at the above address to the attention of

2. This Agreement consists of this Cover, and the following Attachments and Exhibits:

Section A   Investment Summary                    Addendum A
Section B   Software License Agreement            Exhibit 1 - Verification Test
Section C   Professional Services Agreement       Exhibit 2 - Support Call Process
Section D   Maintenance Agreement                 Exhibit 3 - Business Travel Policy
Section E   Third Party Product Agreement         Exhibit 4 - Certificate of Liability Insurance

3. The License Fees set forth in the Investment Summary are based on defined category levels. Placement within a category is based on the size of the organization serviced and measured by such factors as operating budget, number of employees, and the number of bills generated for utilities or taxes. The license described in the Software License Agreement is granted at the following category level(s):

Group of MUNIS Software Products

| | Category | Revision |
|---|---|---|
| Financials | G | 2004 |
| Human Resources | C | 2004 |
| Utility | E | 2004 |

IN WITNESS WHEREOF, persons having been duly authorized and empowered enter into this Agreement, including Addendum A and all Exhibits hereto. This Agreement is effective as of the date last set forth below.

**MUNIS, Inc.**

By: _____
John S. Marr, Jr.
President

Date: _6/2/04_

**Client:**

**City of San Buenaventura**

By: _____
Rick Cole, City Manager

Date: 6/29/04

**APPROVED AS TO FORM**
Robert G. Boehm, City Attorney

By: _____

ATTEST:

_____
Barbara J. Kam
City Clerk

2 of 14.

**AGREEMENT**

This Agreement made this _____ day of _____, 2002 between MUNIS, a Maine Corporation, with offices at 370 U.S. Route 1, Falmouth, Maine 04105 (MUNIS) and the ___City of San Buenaventura___ , with its principal offices at ___501 Poli Street, Ventura, CA  93002___ (Client).

MUNIS and Client agree as follows:

1. MUNIS shall furnish the products and services as described in this Agreement, and Client shall pay the prices set forth in this Agreement. MUNIS shall mail invoices to Client at the above address to the attention of

2. This Agreement consists of this Cover and the following Attachments and Exhibits:

   Section A.  Investment Summary
   Section B.  Software License Agreement      Addendum A
   Section C.  Professional Services Agreement  Exhibit 1 - Verification Test
   Section D.  Maintenance Agreement           Exhibit 2 - Support Call Process
   Section E.  Third Party Product Agreement    Exhibit 3 - Business Travel Policy

3. The License Fees set forth in the Investment Summary are based on defined category levels.  Placement within a category is based on the size of the organization serviced and measured by such  factors as operating budget, number of employees, and the number of bills generated for utilities or taxes.  The license described in the Software License Agreement is granted at the following category level(s):

| Group of Software Products | Category | Revision |
|---|---|---|
| Financials | G | 2004 |
| Human Resources | C | 2004 |
| Utility | E | 2004 |
|  |  |  |

IN WITNESS WHEREOF, persons having been duly authorized and empowered to enter into this Agreement hereunto executed this Agreement effective as of the date last set forth below.

**MUNIS:**                                          **Client:**
                                                   **City of San Buenaventura**

By:_____                          By:_____
  John S. Marr, Jr.
  President

Date: _____                       Date: _____



**Section A - Investment Summary**                    Contract #  **MN6219-3**

Prepared for:

City of San Buenaventura                    **By:** Roger Routh
501 Poli Street                             **Date:** 1/29/04    **Rev. Date:** 1/29/04
Ventura, CA 93002

**RFP #**

**Attention:** Barbara Kam           805-654-7827

| Model # | Qty | Product Description | Software Price | Software Extended | Maintenance MA | Maintenance MA Ext | Consulting Days | Consulting $/Day | Implement Days | Implement $/Day | Conversion Price |
|---------|-----|---------------------|-------|----------|------|--------|------|--------|------|--------|------------|
| AC-G | 1 | Accounting, General Ledger, Budgeting, Accounts Payable | $160,000 | $160,000 | $28,800 | $28,800 | 4 | $1,150 | 10 | $1,000 | $6,100 |
| PA-G | 1 | Project Accounting | $27,500 | $27,500 | $4,950 | $4,950 | 2 | $1,150 | 4 | $1,000 | |
| FA-G | 1 | Fixed Assets | $40,000 | $40,000 | $7,200 | $7,200 | 2 | $1,150 | 4 | $1,000 | $7,600 |
| PO-G | 1 | Purchase Orders, Requisitions | $74,000 | $74,000 | $13,320 | $13,320 | 4 | $1,150 | 10 | $1,000 | $3,600 |
| CM-G | 1 | Contract Management | $20,000 | $20,000 | $3,600 | $3,600 | 1 | $1,150 | 3 | $1,000 | |
| BQ-G | 1 | Bids Management | $20,000 | $20,000 | $3,600 | $3,600 | 1 | $1,150 | 3 | $1,000 | |
| IN-G | 1 | Inventory | $40,000 | $40,000 | $7,200 | $7,200 | 2 | $1,150 | 5 | $1,000 | $6,600 |
| PR-C | 1 | Payroll | $14,000 | $14,000 | $2,520 | $2,520 | 2 | $1,150 | 7 | $1,000 | $5,840 |
| PM-C | 1 | Personnel Management, Applicant Tracking | $15,500 | $15,500 | $1,890 | $1,890 | 1 | $1,150 | 6 | $1,000 | |
| AR-G | 1 | Accounts Receivable/Cash Receipting | $35,000 | $35,000 | $6,300 | $6,300 | 2 | $1,150 | 5 | $1,000 | |
| CF-G | 1 | Treasury Management | $40,000 | $40,000 | $7,200 | $7,200 | 2 | $1,150 | 6 | $1,000 | |
| UB-E | 1 | Utility Billing, Utility Billing Meter Reader Interface | $49,000 | $49,000 | $8,760 | $8,760 | 3 | $1,150 | 18 | $1,000 | $10,200 |
| FORMUNIS | 1 | ForMUNIS System | $20,500 | $20,500 | $2,500 | $2,500 | | | | | |
| BL-G | 1 | Business Licenses | $35,000 | $35,000 | $6,300 | $6,300 | 2 | $1,150 | 5 | $1,000 | $11,700 |
| CRW-G | 1 | MUNIS Crystal Reports | $25,000 | $25,000 | $6,250 | $6,250 | | | 3 | $1,000 | |
| MO-G | 1 | MUNIS Office | $30,000 | $30,000 | $5,400 | $5,400 | | | 3 | $1,000 | |
| GB-G | 1 | General Billing | $17,500 | $17,500 | $3,150 | $3,150 | 1 | $1,150 | 3 | $1,000 | $12,600 |
| PI-F | 1 | Permits & Code Enforcement | $50,000 | $50,000 | $10,000 | $10,000 | 3 | $1,150 | 10 | $1,000 | $11,700 |
| | 1 | Less 25% reduction year 1 Phase I MUNIS Maintenance Fees | | $0 | -$10,590 | -$10,590 | | | | | |
| | | **Totals** | | **$713,000** | | **$118,350** | **32** | **$36,800** | **105** | **$105,000** | **$75,940** |

3 of 14.

Client: City of San Buenaventura          Attention: Barbara Kam          Contract #  **MN6219-3**

### Third Party Hardware & System Software

| Model # | Qty/Users | Description | Price | Extended | MA Price | MA Extend |
|---------|-----------|-------------|-------|----------|----------|-----------|
| GUI | 50 | MUNIS GUI Runtime | $300 | $15,000 | $60 | $3,000 |

| | | | | | | |
|---------|-----------|-------------|-------|----------|----------|-----------|
| | | **Total Hardware & System Software** | | **$15,000** | **MA** | **$3,000** |
| OSDBA | 1 | Operating System / Database Support, Disaster Recovery | | $0 | $52,936 | $52,936 |
| MOL | 1 | MUNIS OnLine: Employee and Utility Billing Self Service | | $0 | $14,000 | $14,000 |
| | | **OS/Database Services** | | **$0** | **MA** | **$66,936** |

### Other Professional Services

| Model # | Qty | Description | Price/EA | Price Ext |
|---------|-----|-------------|----------|-----------|
| SW-INST | 1 | Software Installation and Testing (Includes FORMUNIS) | $8,000 | $8,000 |
| MOL | 2 | MUNIS OnLine Implementation Services days | $1,000 | $2,000 |
| | | Full-time, On-Site Project Management ($250K per year) | | |
| | | Site Specific Policy and Procedures Manuals ($10K per module) | | |
| | | Gap / Fit Analysis ($50,000) | | |

| | | | **Total Other** | **$10,000** |
|---|---|---|---|---|

**Client:** City of San Buenaventura     **Attention:** Barbara Kam     **Contract #** MN6219-3

## Conversion Options And Prices

| Model # | | | | | | | | | | Conv Price |
|---|---|---|---|---|---|---|---|---|---|---|
| **AC-G** | **PO-G** | **FA-G** | **IN-G** | **PR-C** | **UB-E** | **GB-G** | **BL-G** | **PI-F** | | |
| **Std:** Excel Spreadsheet Conversion, AP Vendors, Remittance Addresses, 1099 Amounts **GL Opt 1:** GL Balances up to 3 yrs **GL Opt 2:** Budget up to 3 yrs **AP Opt 1:** Check History (Header, Detail) **AP Opt 2:** Invoices (Header, Detail) | **Std:** Open Purchase Orders (Header/Detail) | **Std:** Master, GL Accounts and Funding Source, **Opt 1:** Purchase History, **Opt 2:** History | **Std:** Item Master, **Opt 1:** Commodity Codes | **Std:** Employee Master, Addresses, **Opt 1:** Deductions, Retirement, Bond Information, **Opt 2:** Recurring Pay, **Opt 3:** Accruals, **Opt 4:** Accumulators, **Opt 5:** Check History, **Opt 6:** Earnings & Deductions History, **Opt 7:** Applicant Tracking | **Std:** Account Master, Customer Accounts (CIDs), **Opt 1:** Services, Meter Inventory, **Opt 2:** Assessments, **Opt 3:** Consumption History, **Opt 4:** Balance Forward - AR | **Std:** Master, GL Accounts* and Funding Source, **Opt 1:** Recurring Invoices, **Opt 2:** Bills, Payment History, Invoices | **Std:** Customer Accounts (CIDs), **Opt 1:** Master, **Opt 2:** Bills (Header, Detail), Payment History (Header, Detail, GL*), Abatements/Adjustments (Header, Detail), Tax Bill Activity | **Std:** Master **Option 1:** Applications **Option 2:** Violations **Option 3:** Inspections | | |

| | AC-G | PO-G | FA-G | IN-G | PR-C | UB-E | GB-G | BL-G | PI-F | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Std** ☒ | $1,250 ☒ | $3,600 ☒ | $4,000 ☒ | $4,800 ☒ | $840 ☒ | $1,800 ☒ | $1,800 ☒ | $1,800 ☒ | $2,700 ☐ | ☐ | |
| **1** ☒ | $625 ☐ | | $1,800 ☒ | $1,800 ☐ | $1,260 ☒ | $1,800 ☐ | $3,600 ☒ | $3,600 ☐ | $4,500 ☐ | ☐ | |
| **2** ☒ | $625 ☐ | | $1,800 ☒ | ☐ | $840 ☐ | $1,200 ☒ | $7,200 ☒ | $6,300 ☐ | $2,700 ☐ | ☐ | |
| **3** ☒ | $1,800 ☐ | ☐ | ☐ | | $800 ☒ | $1,800 ☐ | ☐ | ☐ | $1,800 ☐ | ☐ | |
| **4** ☒ | $1,800 ☐ | ☐ | ☐ | | ☒ $1,260 | $3,600 ☒ | ☐ | ☒ | ☐ | ☐ | |
| **5** ☐ | $2,700 ☐ | ☐ | ☐ | | $840 ☐ | $1,200 ☐ | | ☐ | ☐ | ☐ | |
| **6** ☐ | ☐ | ☐ | ☐ | | ☒ $840 | $1,200 ☐ | | | | | |
| **7** ☐ | | | | | $1,260 ☐ | | | | | | |
| | **$6,100** | **$3,600** | **$7,600** | **$6,600** | **$5,840** | **$10,200** | **$12,600** | **$11,700** | **$11,700** | | |

**Client:** City Of San Buenaventura          **Attention:** Barbara Kam                    **Contract #** __MN6219-3__

| **SUMMARY** | | FEES | MAINTENANCE |
|---|---|---|---|
| | **Total Application Software** | $713,000 | $118,350 |
| | **Total Hardware & System Software** | $15,000 | $3,000 |
| | **OS/Database Services** | $0 | $66,936 |
| | **Total Consulting** | $36,800 | |
| | **Total Implementation/Training** | $105,000 | |
| | **Total Conversion** | $75,940 | |
| | **Total Other** | $10,000 | |
| | **Total Charges** | $955,740 | $188,286 |

**Sales Tax** _____
Note: Taxes not included.

**Total Quote**  | $955,740 |  **plus Annual Support/Maintenance**  | $188,286 |

## Optional Items

| Item | Description | Price | MA | Consulting Days | Implementation Days |
|---|---|---|---|---|---|
| | Fleet & Equipment Maintenance (FUTURE MODULE) | | | | |
| WO-G | Work Orders | $40000 | $7200 | 2 | 5 |
| BMI-G | Interface to BMI Asset Tracking System | $5000 | $900 | | 1 |
| TIME-C | Timekeeping Interface (MUNIS Side Only) | $3000 | $540 | | 1 |
| PENS-C | Pension Tracking | $6000 | $1080 | | 1 |
| PT-C | Parking Tickets | $18000 | $4500 | | 5 |
| AL-G | Animal Licenses | $17500 | $4375 | | 3 |
| VS-G | Vital Statistics | $35000 | $8750 | 2 | 5 |

**MUNIS Optional Item Prices will be held firm for a period of 180 days after contract signing.   Third party products will be priced as of the time of order.**

6 of 14.

**Client:** City Of San Buenaventura        **Attention:** Barbara Kam        **Contract #**  __MN6219-3__

### General Payment Terms

1. Client will pay to MUNIS an initial deposit upon execution of this Agreement that equals 25% of the Application and System Software License Fees, 25% of the Application Software and System Software Maintenance Fees, and 25% of the Third Party Product Maintenance Fees;

2. Client will pay a second installment to MUNIS upon delivery of the software products that equals 50% of the Application Software License Fees and 75% of the System Software License Fees, and 75% of the Application Software and System Software Maintenance Fees, and 75% of the Third Party Product Maintenance Fees;

3. The remaining 25% balance of the MUNIS Application Software Fees shall be paid after  (a) Client's verification of the software products as outlined in Exhibit 1 of this Agreement, (b) Client's completion of its own validation process, or (c) Client's live processing.  In no case, shall this period exceed sixty (60) days after delivery.

4. Services shall be billed as delivered plus expenses and are due and payable net 30 days.

### Section B - Software License Agreement

**1) Software Product License.**

a) Upon Client's payment for the software products listed on the cover of this Agreement, for the license fees set forth in the Investment Summary, MUNIS shall grant to Client and Client shall accept from MUNIS a non-exclusive, nontransferable, nonassignable license to use the software products and accompanying documentation and related materials for internal business purposes of Client, subject to the conditions and limitations in this Software License Agreement.

b) Ownership of the software products, accompanying documentation and related materials, and any modifications and enhancements to such software products and any related interfaces shall remain with MUNIS.

c) The software products are not licensed to perform functions or processing for subdivisions or entities that were not considered by MUNIS when MUNIS placed Client in the categories listed on the cover of this Agreement.

d) The right to transfer this license to a replacement hardware system is included in this Software License Agreement.  The cost for new media or any required technical assistance to accommodate the transfer would be billable charges to Client. Advance written notice of any such transfer shall be provided to MUNIS.

e) Client agrees that the software products, any modifications and enhancements and any related interfaces are proprietary to MUNIS and have been developed as a trade secret at MUNIS' expense. Client agrees to keep the software products confidential and use its best efforts to prevent any misuse, unauthorized use or unauthorized disclosures by any party of any or all of the software products or accompanying documentation.

f) The software products may be modified, but such modification shall be only for the use on Client's system and shall not cause Client or anyone performing such modification to gain any proprietary or other interest in the software products or such modifications. Client shall not perform decompilation, disassembly, translation or other reverse engineering on the software products. If Client has made modifications to the software products, MUNIS will not support or correct errors in the modified software products, unless modifications were specifically authorized in writing by MUNIS.

g) Client may make copies of the software products for archive purposes only. Client will repeat any proprietary notice on the copy of the software products. The documentation accompanying the software products may not be copied except for internal use.

h) The term of the license granted by this Section shall be perpetual.

i) MUNIS maintains an escrow agreement with an Escrow Services Company under which MUNIS places the source code of each major release.  At Client's request, MUNIS will add Client as a beneficiary on its escrow account.  Client will be invoiced the annual beneficiary fee directly by the Escrow Services Company and is solely responsible for maintaining its status as a beneficiary.

**2) License Fees.**

a) Client agrees to pay MUNIS, and MUNIS agrees to accept from Client as payment in full for the license herein, the total sum of the MUNIS license fees set forth in the Investment Summary

b) The license fees listed in the Investment Summary do not include any tax or other governmental impositions including, without limitation, sales, use or excise tax. All applicable sales tax, use tax or excise tax shall be paid by Client and shall be paid over to the proper authorities by Client or reimbursed by Client to MUNIS on demand in the event that MUNIS is responsible or demand is made on MUNIS for the payment thereof.  If tax exempt, Client must provide MUNIS with Client's tax exempt number or form.

c) In the event of any disputed invoice, Client shall provide written notice of such disputed invoice to Attention: MUNIS Chief Financial Officer at the address listed on the cover of this Agreement.  Such written notice shall be provided to MUNIS within fifteen (15) days. An additional fifteen (15) days is allowed for the Client to provide written clarification and details for the disputed invoice. MUNIS shall provide a written response to Client that shall include either a justification of the invoice or an explanation of an adjustment to the invoice and an action plan that will outline the reasonable steps needed to be taken by MUNIS and Client to resolve any issues presented in Client's notification to MUNIS.  Client may withhold payment of only the amount actually in dispute until MUNIS provides the required written response, and full payment shall be remitted to MUNIS upon MUNIS' completion of all material action steps required to remedy the disputed manner. Notwithstanding the foregoing sentence, if MUNIS is unable to complete all material action steps required to remedy the disputed manner because Client has not completed the action steps required of them, Client shall remit full payment of the invoice.

d) Any invoice not disputed as described above shall be deemed accepted by the Client. If payment of any invoice that is not disputed as described above is not made within sixty (60) calendar days, MUNIS reserves the right to suspend delivery of all services under the Investment Summary, this Software License Agreement, the Professional Services Agreement, the Maintenance Agreement and, if applicable, the Third Party Product Agreement.

**Client:** City Of San Buenaventura          **Attention:** Barbara Kam          **Contract #** **MN6219-3**

**3) Verification of the Software Products.**
a) At the Client's request, within thirty (30) days after the software products have been installed on Client's system, MUNIS will test the software products in accordance with MUNIS standard verification test procedure, by demonstrating to Client that the software products perform all of the functions identified in Exhibit 1 of this Software License Agreement, which demonstration shall constitute Client's verification that the software products substantially comply with MUNIS' user manuals for the most current version of the software products and functional descriptions of the software found in MUNIS' written proposal to Client. Upon such verification, Client shall pay the remaining balance in accordance with the payment terms in Addendum A.
b) At it's option, Client's own defined internal validation process to test the software to conform to all of the functions identified in Exhibit 1 of this Software License Agreement, which validation test shall constitute Client's verification that the software products substantially comply with MUNIS' user manuals for the most current version of the software products and functional descriptions of the software found in MUNIS' written proposal to Client. Upon such validation, Client shall pay the remaining balance of in accordance with the payment terms in Addendum A.
c) Notwithstanding anything contrary herein, Client's use of the software products for its intended purpose, shall constitute Client's verification of the software products, without exception and for all purposes.
d) Verification or validation that the software products substantially comply with MUNIS' user manuals for the most current version of the software products and functional descriptions of the software found in MUNIS' written proposal to Client by Client shall be final and conclusive except for latent defect, fraud, and such gross mistakes that amount to fraud and the operation of any provision of this Agreement which specifically survives verification. In the event said verification becomes other than final, or becomes inconclusive, pursuant to this paragraph, Client's sole right and remedy against MUNIS shall be to require MUNIS to correct the cause thereof.
e) MUNIS shall promptly correct any functions of the software products which failed the standard verification testing or failed to comply with MUNIS' user manuals for the most current version of the software products and functional descriptions of the software found in MUNIS' written proposal to Client. If Client has made modifications to the software programs, MUNIS will not make such corrections, unless such modifications were specifically authorized in writing by MUNIS.
**4) Schedule of Verification.** MUNIS will install the software products and cause the same to be verified within sixty (60) days after Client makes available to MUNIS the equipment into which the software product is to be loaded. MUNIS shall exercise reasonable efforts to cause the software products to be verified according to the schedule set forth in this paragraph, but MUNIS shall not be liable for failure to meet said schedule if, and to the extent, said failure is due to causes beyond the control and without the fault of MUNIS.
**5) Limited Warranty:** MUNIS warrants that the then current, unmodified version of the MUNIS Software Products will substantially conform to the then current version of its published Documentation. If the Software Products do not perform as warranted, MUNIS's obligation will be to use reasonable efforts, consistent with industry standards, to cure the defect. Said corrections will be made in accordance with the Support Call Process document attached hereto as Exhibit 2. Should MUNIS be unable to cure the defect or provide a replacement product, Client shall be entitled to a refund for the license fee paid for application. THIS WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES. TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, ALL OTHER WARRANTIES, CONDITIONS AND REPRESENTATIONS, WHETHER EXPRESS, IMPLIED OR VERBAL, STATUTORY OR OTHERWISE, AND WHETHER ARISING UNDER THIS AGREEMENT OR OTHERWISE ARE HEREBY EXCLUDED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.
**6) Limitation of Liability.**
(a) In the event that the software products are determined to infringe upon any existing United States patent copyright or trademark rights held by any other person or entity, MUNIS shall defend and hold harmless Client and its officers, agents and employees from any claim or proceedings brought against Client and from any cost damages and expenses finally awarded against Client which arise as a result of any claim that is based on an assertion that Client's use of the software products under this Software License Agreement constitutes an infringement of any United States patent, copyright or trademark provided that Client notifies MUNIS promptly of any such claim or proceeding and gives MUNIS full and complete authority, information and assistance to defend such claim or proceeding and further provided that MUNIS shall have sole control of the defense of any claim or proceeding and all negotiations for its compromise or settlement provided that MUNIS shall consult with Client regarding such defense. In the event that the software products are finally held to be infringing and its use by Client is enjoined, MUNIS shall, at its election; (1) procure for Client the right to continue use of the software products; (2) modify or replace the software products so that it becomes non-infringing; or (3) if procurement of the right to use or modification or replacement can not be completed by MUNIS, terminate the license for the infringing software product, and upon termination, refund the license fees paid for the infringing software product as depreciated on a straight-line basis over a period of seven (7) years with such depreciation to commence on the execution of this Agreement. MUNIS shall have no liability hereunder if Client modified the software products in any manner without the prior written consent of MUNIS and such modification is determined by a court of competent jurisdiction to be a contributing cause of the infringement or if the infringement would have been avoided by Client's use of the most current revision of the software products. The foregoing states MUNIS' entire liability and Client's exclusive remedy with respect to any claims of infringement of any copyright, patent, trademark, or any property interest rights by the software products, any part thereof, or use thereof.
b) THE RIGHTS AND REMEDIES SET FORTH IN THIS SOFTWARE LICENSE AGREEMENT ARE EXCLUSIVE AND IN LIEU OF ALL OTHER RIGHTS AND REMEDIES OR WARRANTIES EXPRESSED, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND SYSTEM INTEGRATION.
c) In no event shall MUNIS be liable for special, indirect, incidental, consequential or exemplary damages, including without limitation any damages resulting from loss of use, loss of data, interruption of business activities or failure to realize savings arising out of or in connection with the use of the software products. MUNIS' liability for damages arising out of this Software License Agreement, whether based on a theory of

8 of 14.

Client:  City of San Buenaventura          Attention:  Barbara Kam                    Contract #   **MN6219-3**

contract or tort, including negligence and strict liability, shall be limited to the MUNIS license fees identified in the Investment Summary. The license fees set forth in the Investment Summary reflect and are set in reliance upon this allocation of risk and the exclusion of such damages as set forth in this Software License Agreement.

**7) Dispute Resolution.** In the event of a dispute between the parties under this Software License Agreement pertaining to pecuniary damages or losses, the matter shall be settled by arbitration in accordance with the then prevailing rules of the American Arbitration Association.

**8) No Intended Third Party Beneficiaries.** This agreement is entered into solely for the benefit of MUNIS and Client.  No third party shall be deemed a beneficiary of this agreement, and no third party shall have the right to make any claim or assert any right under this agreement.

**9) Governing Law.** This Software License Agreement shall be governed by and construed in accordance with the laws of Client's state of domicile.

**10) Entire Agreement.**

a) This Software License Agreement, including Exhibit 1 and the functional description of the software products found in MUNIS' written proposal to Client, represents the entire agreement of Client and MUNIS with respect to the software products and supersedes any prior agreements, understandings and representations, whether written, oral, expressed, implied, or statutory.  Client hereby acknowledges that in entering into this agreement it did not rely on any representations or warranties other than those explicitly set forth in this Software License Agreement and the functional description of the software products found in MUNIS' written proposal to Client.

b) If any term or provision of this Software License Agreement or the application thereof to any person or circumstance shall, to any extent, be invalid or unenforceable, the remainder of this Software License Agreement or the application of such term or provision to persons or circumstances other than those as to which it is held invalid or unenforceable shall not be affected thereby, and each term and provision of this Software License Agreement shall be valid and enforced to the fullest extent permitted by law.

c) This Software License Agreement may only be amended, modified or changed by written instrument signed by both parties.

**11) Cancellation or Termination.** In the event of cancellation or termination of this Software License Agreement, Client will make payment to MUNIS for all software products, services and expenses delivered or incurred prior to the termination or cancellation of this Software License Agreement.

**12) Approval of Governing Body.** Client represents and warrants to MUNIS that this Software License Agreement has been approved by its governing body and is a binding obligation upon Client.

## Section C - Professional Service Agreement

**1) Services Provided.** MUNIS shall provide some or all of the following services to Client:

a) Installation as described in the Investment Summary;

b) Conversion of Clients existing data as set forth in the Investment Summary;

c) Training/Implementation in the quantity set forth in the Investment Summary;

d) Consulting/Analysis in the quantity set forth in the Investment Summary; and

e) Verification Testing as described in the Software License Agreement.

**2) Professional Services Fees.**

a) Notwithstanding specific prices to the contrary identified in the Investment Summary, all services will be invoiced in half-day and full-day increments as delivered plus expenses.

b) Upon the completion of each service day, or group of days, MUNIS will present a Customer Service Report.  Client will sign the report indicating acceptance of the service day and its subsequent billing, or noting reasons for Client's non-acceptance of such.  This acceptance is final.

c) All requests for supporting documentation shall be made within thirty (30) calendar days of invoice delivery.

d) The rates for Acceptance Testing shall be the same as the Training/Implementation rates set forth in the Investment Summary.

e) The rates listed in the Investment Summary do not include any tax or other governmental impositions including, without limitation, sales, use or excise tax. All applicable sales tax, use tax or excise tax shall be paid by Client and shall be paid over to the proper authorities by Client or reimbursed by Client to MUNIS on demand in the event that MUNIS is responsible or demand is made on MUNIS for the payment thereof.  If tax exempt, Client must provide MUNIS with Client's tax exempt number or form.

f) Payment is due within thirty (30) calendar days of invoice.

g) In the event of any disputed invoice, Client shall provide written notice of such disputed invoice to Attention: MUNIS Chief Financial Officer at the address listed on the cover of this Agreement.  Such written notice shall be provided to MUNIS within fifteen (15) calendar days of Client's receipt of the invoice. An additional fifteen (15) days is allowed for the Client to provide written clarification and details for the disputed invoice. MUNIS shall provide a written response to Client that shall include either a justification of the invoice or an explanation of an adjustment to the invoice and an action plan that will outline the reasonable steps needed to be taken by MUNIS and Client to resolve any issues presented in Client's notification to MUNIS.  Client may withhold payment of only the amount actually in dispute until MUNIS provides the required written response, and full payment shall be remitted to MUNIS upon MUNIS' completion of all material action steps required to remedy the disputed manner. Notwithstanding the foregoing sentence, if MUNIS is unable to complete all material action steps required to remedy the disputed manner because Client has not completed the action steps required of them, Client shall remit full payment of the invoice.

**Client:** City of San Buenaventura      **Attention:** Barbara Kam      **Contract #**   **MN6219-3**

b) Any invoice not disputed as described above shall be deemed accepted by the Client. If payment of any invoice that is not disputed as described above is not made within sixty (60) calendar days, MUNIS reserves the right to suspend delivery of all services under the Investment Summary, the Software License Agreement, this Professional Services Agreement, the Maintenance Agreement and, if applicable, the Third Party Product Agreement.

**3) Additional Services.** Services utilized in excess of those set forth in the Investment Summary and additional related services not set forth in the Investment Summary will be billed at MUNIS' then current market rate for the service as they are incurred.

**4) Limitation of Liability.** MUNIS' liability for damages arising out of this Professional Services Agreement, whether based on a theory of contract or tort, including negligence and strict liability, shall be limited to the professional service fees identified in the Investment Summary. The client shall not in any event be entitled to, and MUNIS shall not be liable for, indirect, special, incidental, consequential or exemplary damages of any nature. The professional service fees set forth in the Investment Summary reflect and are set in reliance upon this allocation of risk and the exclusion of such damages as set forth in this Professional Services Agreement.

**5) Dispute Resolution.** In the event of a dispute between the parties under this Professional Services Agreement pertaining to pecuniary damages or losses, the matter shall be settled by arbitration in accordance with the then prevailing rules of the American Arbitration Association.

**6) No Intended Third Party Beneficiaries.** This Professional Services Agreement is entered into solely for the benefit of MUNIS and Client. No third party shall be deemed a beneficiary of this Professional Services Agreement, and no third party shall have the right to make any claim or assert any right under this Professional Services Agreement.

**7) Governing Law.** This Professional Services Agreement shall be governed by and construed in accordance with the laws of Client's state of domicile.

**8) Cancellation or Termination.** In the event of cancellation or termination of this Professional Services Agreement, Client will make payment to MUNIS for all services and expenses delivered or incurred prior to the termination or cancellation of this Professional Services Agreement.

**9) Entire Agreement.**

a) This Professional Services Agreement represents the entire agreement of Client and MUNIS with respect to the professional services and supersedes any prior agreements, understandings and representations, whether written, oral, expressed, implied, or statutory. Client hereby acknowledges that in entering into this agreement it did not rely on any representations or warranties other than those explicitly set forth in this Professional Services Agreement.

b) If any term or provision of this Professional Services Agreement or the application thereof to any person or circumstance shall, to any extent, be invalid or unenforceable, the remainder of this Professional Services Agreement or the application of such term or provision to persons or circumstances other than those as to which it is held invalid or unenforceable shall not be affected thereby, and each term and provision of this Professional Services Agreement shall be valid and enforced to the fullest extent permitted by law.

c) This Professional Services Agreement may only be amended, modified or changed by written instrument signed by both parties.

**10) Approval of Governing Body.** Client represents and warrants to MUNIS that this Professional Services Agreement has been approved by its governing body and is a binding obligation upon Client.

**Client:** City of San Buenaventura          **Attention:** Barbara Kam          **Contract #**   **MN6219-3**

## Section D – Maintenance Agreement

**1) Scope of Agreement.** The Client agrees to purchase and MUNIS agrees to provide services for the software products listed on the cover of this Agreement in accordance with the following terms and conditions. Both parties acknowledge that this Maintenance Agreement covers both Support for the software products listed on the cover of this Agreement and Licensing of updates of such installed software products.

**2) Term of Agreement.** This Maintenance Agreement is effective as of the effective date listed on the cover of this Agreement and shall remain in force for a one year term. Upon termination of this Maintenance Agreement, Client may renew the Maintenance Agreement for subsequent one year periods at the then current fee structure as established by MUNIS.

**3) Payment.**

a) Client agrees to pay MUNIS the amount identified in the Investment Summary for licensing and support services, as described below. The annual amount identified in the Investment Summary shall be reduced by twenty-five percent (25%) for the first year. This payment is due and payable in accordance with the General Payment Terms of this Agreement.

b) Additional Charges. Any maintenance performed by MUNIS for the Client which is not covered by this Maintenance Agreement will be charged at MUNIS' then current market rates.  All materials supplied in connection with such non-covered maintenance or support  plus expenses will be charged to Client.

c) Support and services will be suspended whenever Client's account is thirty (30) calendar days overdue.  Support and services will be reinstated when Client's account is made current.

**4) Terms and Conditions for Licensing of Updates of the Installed Software Products.**

a) Client is hereby granted the non-exclusive and nontransferable license and right to use the additional versions of the installed software products listed on the Cover of this Agreement which MUNIS may release during the term of this Maintenance Agreement.  MUNIS agrees to extend and Client agrees to accept a license subject to the terms and conditions contained herein for the installed software products.

b) The installed software products listed are licensed for use only for the benefit of Client listed on the cover of  this Agreement. The software products are not licensed to perform functions or processing for subdivisions or entities that were not considered by MUNIS when MUNIS placed Client in the categories listed on the cover of this Agreement.

c) As long as a current Maintenance Agreement is in place, this License may be transferred to another hardware system used for the benefit of Client. Client agrees to notify MUNIS prior to transferring the licensed products to any other system. The cost for new media or any required technical assistance to accommodate the transfer would be billable charges to the Client.

d) Client agrees that the software products are proprietary to MUNIS and have been developed as a trade secret at MUNIS' expense. Client agrees to keep the software products confidential and use its best efforts to prevent any misuse, unauthorized use or unauthorized disclosures by any party of any of all of the software products or accompanying documentation.

e) The software products may be modified but such modification shall be only for the use on the Client's system for which the software products are licensed and shall not cause the Client or  anyone performing such modification to gain any proprietary or other interest in the software products. If Client has made modifications to the software products, MUNIS will not support the modified software products, unless modifications were specifically authorized in writing by MUNIS.

f) Client may make copies of the licensed software products for archive purposes only. The Client will repeat any proprietary notice on the copy of the software products. The documentation accompanying the product may not be copied except for internal use.

g) For as long as a current Maintenance Agreement is in place, MUNIS shall promptly correct any functions of the software products which fail to substantially comply with MUNIS' user manuals for the most current version of the software products.  If Client has made modifications to the software products, MUNIS will not make such corrections, unless modifications were specifically authorized in writing by MUNIS.

**5) Terms and Conditions for Support.**

a) MUNIS shall provide software-related telephone support to the Client.  Phone calls will be accepted by support personnel during MUNIS' normal working hours (8:00 A.M. to 6:00 P.M., Eastern Standard Time, Monday through Friday). Assistance and support requests which require special assistance from MUNIS' development group will be taken and directed by support personnel.  In the event that support representatives are unavailable to receive calls, messages will be taken and calls will be returned within one working day.

b) MUNIS will continue to maintain a master set of the current computer programs on appropriate media, as well as hardcopy printout of source code programs and documentation.

c) MUNIS will maintain staff that is appropriately trained to be familiar with the software products in order to render assistance, should it be required.

d) MUNIS will provide Client with all updates that MUNIS may make to the then current version of the installed software products covered in this Agreement.

e) MUNIS will make available to Client update(s) of the installed software products.  In the case of system software update(s), Client will also be required to pay whatever fee the manufacturer charges for the update. Client understands that and agrees that six (6) months after shipment by MUNIS of updates, MUNIS shall cease to support the earlier version, and for the balance of the term, MUNIS shall support the update.

f) MUNIS will make available appropriately trained personnel to provide Client additional training, program changes, analysis, consultation, recovery of data, conversion, non-coverage maintenance service, etc., billable at the current per diem rate plus expenses.

**6. Limitations and Exclusions.**  The support and services of this Maintenance Agreement do not include the following:

a) Support service does not include the installation of the software products, onsite support, application design, and other consulting services, support of an operating system or hardware, or any support requested outside of normal business hours.

11 of 14

Quoted to: City of San Buenaventura      Attention: Barbara Kam      Contract #   **MN6219-3**

b) Client shall be responsible for implementing at its expense, all changes to the current version. Client understands that changes furnished by MUNIS for the current version are for implementation in the current installed software products version as it exists without customization or client alteration.

**7. Client Responsibilities.**

a) Client shall provide, at no charge to MUNIS, full and free access to the programs covered hereunder: working space; adequate facilities within a reasonable distance from the equipment; and use of machines, attachments, features, or other equipment necessary to provide the specified support and maintenance service.

b) In the event Client uses the software products licensed herein on a UNIX platform, Client shall maintain for the duration of the Agreement an internet (TELNET) connection. In the event Client uses the software products licensed herein on a NT platform, Client shall maintain a dialup connection through PC-Anywhere.  MUNIS, at its option, shall use the connection to assist with problem diagnosis and resolution.

**8. Non-Assignability.**  The Client shall not have the right to assign or transfer its rights hereunder to any party.

**9. Excused Nonperformance.** MUNIS shall not be responsible for delays in servicing the products covered by this Maintenance Agreement caused by strikes, lockouts, riots, epidemic, war, government regulations, fire, power failure, acts of God, or other causes beyond its control.

**10. Limitation of Liability.**  The liability of MUNIS is hereby limited to a claim for a money judgment not exceeding the fees paid by the Client for services under this Maintenance Agreement.  The client shall not in any event be entitled to, and MUNIS shall not be liable for, indirect, special, incidental, consequential or exemplary damages of any nature.

**11. Governing Law.** This Maintenance Agreement shall be governed by and construed in accordance with the laws of Client's state of domicile.

**12. Entire Agreement.**

a) This Maintenance Agreement represents the entire agreement of Client and MUNIS with respect to the maintenance of the software products and supersedes any prior agreements, understandings and representations, whether written, oral, expressed, implied, or statutory.  Client hereby acknowledges that in entering into this agreement it did not rely on any representations or warranties other than those explicitly set forth in this Maintenance Agreement.

b) If any term or provision of this Agreement or the application thereof to any person or circumstance shall, to any extent, be invalid or unenforceable, the remainder of this Maintenance Agreement or the application of such term or provision to persons or circumstances other than those as to which it is held invalid or unenforceable shall not be affected thereby, and each term and provision of this Maintenance Agreement shall be valid and enforced to the fullest extent permitted by law.

c) This Maintenance Agreement may only be amended, modified or changed by written instrument signed by both parties.

Quoted to: City of San Buenaventura     Attention: Barbara Kam       Contract #  __MN6219-3__

## Section E - Third Party Product Agreement

**1. Agreement to License or Sell third party products.** For the price set forth in the Investment Summary (Hardware & System Software), MUNIS agrees to license or sell and deliver to Client, and Client agrees to accept from MUNIS the third party products set forth in the Investment Summary.

**2. License of Third Party Software Products**

a) Upon Client's payment for the third party software products listed in the Investment Summary, for the license fees set forth in the Investment Summary, MUNIS shall grant to Client and Client shall accept from MUNIS a non-exclusive, nontransferable, nonassignable license to use the third party software products and accompanying documentation and related materials for internal business purposes of Client, subject to the conditions and limitations in this section

b) Ownership of the third party software products, accompanying documentation and related materials, shall remain with the third party manufacturer or supplier.

c) The right to transfer this license to a replacement hardware system is governed by the Third Party. The cost for new media or any required technical assistance to accommodate the transfer would be billable charges to Client. Advance written notice of any such transfer shall be provided to MUNIS.

d) Client agrees that the third party software products are proprietary to the third party manufacturer or supplier and have been developed as a trade secret at the third-party's expense. Client agrees to keep the software products confidential and use its best efforts to prevent any misuse, unauthorized use or unauthorized disclosures by any party of any or all of the third party software products or accompanying documentation.

e) Client shall not perform decompilation, disassembly, translation or other reverse engineering on the software products.

f) Client may make copies of the software products for archive purposes only. Client will repeat any proprietary notice on the copy of the software products. The documentation accompanying the software products may not be copied except for internal use

**3. Price.** Client agrees to pay MUNIS and MUNIS agrees to accept from Client as payment in full for the third party products, the price set forth in the Investment Summary at the following manner:

a) Twenty-five percent (25%) of the price of all third party products listed in the Investment Summary upon execution of this Agreement; and

b) The remaining balance of the price of each item delivered to Client upon delivery of each product.

c) In the event of any disputed invoice, Client shall provide written notice of such disputed invoice to Attention: MUNIS Chief Financial Officer at the address listed on the cover of this Agreement. Such written notice shall be provided to MUNIS within fifteen (15) calendar days of Client's receipt of the invoice. An additional fifteen (15) days is allowed for the Client to provide written clarification and details for the disputed invoice. MUNIS shall provide a written response to Client that shall include either a justification of the invoice or an explanation of an adjustment to the invoice and an action plan that will outline the reasonable steps needed to be taken by MUNIS and Client to resolve any issues presented in Client's notification to MUNIS. Client may withhold payment of only the amount actually in dispute until MUNIS provides the required written response, and full payment shall be remitted to MUNIS upon MUNIS' completion of all material action steps required to remedy the disputed manner. Notwithstanding the foregoing sentence, if MUNIS is unable to complete all material action steps required to remedy the disputed manner because Client has not completed the action steps required of them, Client shall remit full payment of the invoice.

d) Any invoice not disputed as described above shall be deemed accepted by the Client. If payment of any invoice that is not disputed as described above is not made within sixty (60) calendar days, MUNIS reserves the right to suspend delivery of all services under the Investment Summary, the Software License Agreement, the Professional Services Agreement, the Maintenance Agreement and this Third Party Product Agreement.

**4. Costs and Taxes.**

a) Unless otherwise indicated in the Investment Summary, the price includes costs for shipment of and insurance while in transit for the third party products from the supplier's place of manufacture to Client's site.

b) The price listed in the Investment Summary does not include any tax or other governmental impositions including, without limitation, sales, use or excise tax. All applicable sales tax, use tax or excise tax shall be paid by Client and shall be paid over to the proper authorities by Client or reimbursed by Client to MUNIS on demand in the event that MUNIS is responsible or demand is made on MUNIS for the payment thereof. If tax exempt, Client must provide MUNIS with Client's tax exempt number or form.

**5. F.O.B. Point.** Delivery of each third party product shall be F.O.B. Client's site.

**6. Schedule of Delivery.** Delivery of each third party product shall take place according to mutually agreeable schedule, but MUNIS shall not be liable for failure to meet the agreed upon schedule if, and to the extent, said failure is due to causes beyond the control and without the fault of MUNIS.

**7. Installation and Acceptance.**

a) If itemized in the Investment Summary, the price includes installation of the third party products. Upon the completion of installation, Client shall obtain from the installer a certification of completion, or similar document, which certification or similar document shall constitute Client's acceptance of the third party products. Such acceptance shall be final and conclusive except for latent defects, fraud, such gross mistakes as amount to fraud and rights and remedies available to Client under the paragraph hereof entitled Warranties.

**Quoted to:** City of San Buenaventura          **Attention:** Barbara Kam          **Contract #**   **MN6219-3**

**8. Site Requirements.**  Client shall provide:
a) a suitable environment, location and space for the installation and operation of the third party products;
b) sufficient and adequate electrical circuits for the third party products; and
c) installation of all required cables.

**9. Warranties.**
a) MUNIS is authorized by the manufacturer or supplier of all third party software products listed in the Investment Summary to grant licenses or sublicenses to such products.
b) Unless otherwise noted in Addendum A, MUNIS warrants that each third party product shall be new and unused, and if Client fully and faithfully performs each and every obligation required of it under the Third Party Product Agreement, Client's title or license to each third party product shall be free and clear of all liens and encumbrances arising through MUNIS.
c) The parties understand and agree that MUNIS is not the manufacturer of the third party products. As such, MUNIS does not warrant or guarantee the condition of the third party products or the operation characteristics of the third party products.  MUNIS hereby grants and gives Client any warranty adjustments that MUNIS may receive from the manufacturer or supplier of the third party products.
d) THE WARRANTIES SET FORTH IN THIS THIRD PARTY PRODUCT AGREEMENT ARE EXCLUSIVE AND IN LIEU OF ALL OTHER RIGHTS AND REMEDIES REPRESENTATIONS OR WARRANTIES  EXPRESSED, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND SYSTEM INTEGRATION.

**10. Maintenance.**  In the event Client elects not to purchase through MUNIS maintenance services on the third party products licensed and/or sold herein, it shall be the responsibility of Client to repair and maintain the third party products after acceptance.

**11. Limitation of Liability.** In no event shall MUNIS be liable for special, indirect, incidental, consequential or exemplary damages, including without limitation any damages resulting from loss of use, loss of data, interruption of business activities or failure to realize savings arising out of or in connection with the use of the third party products.  MUNIS' liability for damages arising out of this Third Party Product Agreement, whether based on a theory of contract or tort, including negligence and strict liability, shall be limited to the price of the third party products set forth in the Investment Summary. The prices set forth in the Investment Summary reflect and are set in reliance upon this allocation of risk and the exclusion of such damages as set forth in this Third Party Product Agreement.

**12. Dispute Resolution.** In the event of a dispute between the parties under this Third Party Product Agreement pertaining to pecuniary damages or losses, the matter shall be settled by arbitration in accordance with the then prevailing rules of the American Arbitration Association.

**13. Governing Law.** This Third Party Product Agreement shall be governed by and construed in accordance with the laws of Client's state of domicile.

**14. Cancellation or Termination.** In the event of cancellation or termination of this Third Party Product Agreement, Client will make payment to MUNIS for all products and related services and expenses delivered or incurred prior to the termination or cancellation of this Third Party Product Agreement.

**15. Entire Agreement.**
a) This Third Party Product Agreement represents the entire agreement of Client and MUNIS with respect to the third party products and supersedes any prior agreements, understandings and representations, whether written, oral, expressed, implied, or statutory.  Client hereby acknowledges that in entering into this agreement it did not rely on any representations or warranties other than those explicitly set forth in this Third Party Product Agreement.
b) If any term or provision of this Third Party Product Agreement or the application thereof to any person or circumstance shall, to any extent, be invalid or unenforceable, the remainder of this Third Party Product Agreement or the application of such term or provision to persons or circumstances other than those as to which it is held invalid or unenforceable shall not be affected thereby, and each term and provision of this Third Party Product Agreement shall be valid and enforced to the fullest extent permitted by law.
c) This Third Party Product Agreement may only be amended, modified or changed by written instrument signed by both parties.

**16. Approval of Governing Body.** Client represents and warrants to MUNIS that this Third Party Product Agreement has been approved by its governing body and is a binding obligation upon Client.

**MUNIS:**                                          **Client: City of Ventura**

By:_____                                   By_____
  John S. Marr, Jr.; President
Date: _____                                    Date: _____

14 of 14

**Addendum to the System Agreement between MUNIS, and City of Ventura, Ventura, CA, 93002**

**Client:** City Of San Buenaventura      **Attention:** Barbara Kam      **Contract #**   **MN6219-3**

## Addendum A

The following are clarifications and/or modifications to the Agreement.  In the event of a conflict between Addendum A and the Agreement, Addendum A shall prevail.

1. Implementation Schedule

    <u>Phase I</u>
    Accounts Receivable/Cash Receipting
    Utility Billing
    Utility Billing Meter Reader Interface
    MUNIS Crystal Reports
    MUNIS Office
    General Billing
    Permits & Code Enforcement
    ForMUNIS

    <u>Phase II</u>
    Payroll
    Personnel Management
    Applicant Tracking

    <u>Phase III</u>
    Accounting, General Ledger, Budgeting, Accounts Payable
    Project Accounting
    Fixed Assets
    Purchase Orders
    Requisitions
    Bids Management
    Inventory
    Treasury Management
    Business Licenses
    Contract Management

**MUNIS:(x)_____**      Addendum A P.1      **Client: (x)_____**

**Client:** City Of San Buenaventura          **Attention:** Barbara Kam          **Contract #**   MN6219-3

### Addendum A Page 2

2. Payment Terms.

a) Client will pay to MUNIS an initial deposit of $199,426.50 upon execution of this Agreement that equals:

    25% of the Application Software License Fees for all phases ($178,250)
    25% of the first annual Phase I Application Software Maintenance Fees ($7,942.50)
    25% of the first annual OSDBA Fee ($6,617)
    25% of the first annual Disaster Recovery Fee ($6,617)

b) Client will pay a second installment to MUNIS of $438,029.50 upon delivery of the software products that equals:

    50% of the Application Software License Fees for all phases ($356,500)
    75% of the first annual Phase I Application Software Maintenance Fees ($23,827.50)
    75% of the first annual OSDBA Fee ($19,851)
    75% of the first annual Disaster Recovery Fee ($19,851)
    100% of the System Software License Fees ($15,000)
    100% of the first annual System Software Maintenance Fees ($3,000)

c) Client will pay a third installment to MUNIS of $56,750 that equals 25% of the Phase I Application Software License Fees upon i) Client's verification of the software products as outlined in Exhibit 1 of this Agreement, ii) Client's completion of its own validation process, or iii) Client's live processing. Unless the software products fail verification, this period shall not exceed sixty (60) days after delivery.

d) The first annual MUNIS OnLine for Utility Billing Customer Self Service Fee of $10,500 is due upon the earlier to occur of i) Client's use of such service in live production, or ii) ninety (90) days from the Utility Billing live date, with such live date not to exceed July 1, 2004.

e) Client will pay a fourth installment to MUNIS of $11,785 upon Initiation of Phase II, not to exceed October 1, 2004. Such sum equals:

    25% of the Phase II Application Software License Fees ($7,375)
    100% of the first annual Phase II Application Software Maintenance Fees ($4,410)

f) The first annual MUNIS OnLine for Employee Self Service Fee of $3,500 is due upon the earlier to occur of i) Client's use of such service in live production, or ii) ninety (90) days from the Payroll live date, with such live date not to exceed January 1, 2005.

g) Client will pay a fifth installment to MUNIS of $196,295 upon Initiation of Phase III, not to exceed April 1, 2005. Such sum equals:

    25% of the Phase III Application Software License Fees ($114,125)
    100% of the first annual Phase III Application Software Maintenance Fees ($82,170)

**MUNIS:(x)**_____          Addendum A P.2          **Client: (x)**_____

Client: City Of San Buenaventura          Attention: Barbara Kam                    Contract # __MN6219-3__

### Addendum A Page 3

3. Prices do not include travel expenses incurred in accordance with MUNIS' then-current Business Travel Policy.  MUNIS' current Business Travel Policy is attached hereto as Exhibit 3.

4. Consulting, Implementation, Conversion, and Installation Services, plus expenses, are billed if and as provided/incurred and are due and payable thirty (30) days after receipt of invoice.

5. "Initiation" is defined as the first day of training in a particular phase.

6. Client is procuring a SQL database outside the scope of this Agreement.

7. The ForMUNIS System consists of the following components:
    a) Base Package: $12,000
    b) Finance Forms Library: $6,000
    c) Utility Billing Library: $2,500
    d) First annual maintenance fee: $2,500

8. The first annual MUNIS OnLine fee of $14,000 consists of the following services:
    a) Employee Self Service: $3,500
    b) Utility Billing Customer Self Service: $10,500

9. "Force Majeure" means any event or condition which wholly or partially delays or prevents such party from performing any of its obligations hereunder and is beyond the reasonable control of, and occurs without the fault or negligence of, the party affected thereby including, without limitation, acts of God, acts of the public enemy, insurrections, riots, labor disputes, labor or material shortages, fires, explosions, floods, breakdowns of or damages to plants, equipment or facilities, interruptions to transportation, embargoes, or orders or acts of any court or government authority having jurisdiction or any military authority.

If, as a result of Force Majeure, it becomes impossible or impractical for either party to carry out its obligations hereunder (other than any obligation to pay money when due in accordance with the terms of this Agreement) in whole or in part, then such obligations shall be suspended to the extent necessary by such Force Majeure during its continuance.  The party affected by such Force Majeure shall give prompt written notice to the other party of the nature and probable duration of such Force Majeure, and of the extent of its effects on such party's performance hereunder.  Each party shall, in the event it experiences Force Majeure, use all commercially reasonable efforts to eliminate such Force Majeure and/or its effects on such party's performance hereunder insofar as is practicable and with all reasonable dispatch; provided, that neither party shall be obligated to expend monies in order to eliminate Force Majeure and/or its effects, if in such party's sole judgment, such expenditures would be economically unjustifiable.

**MUNIS:(x)**_____          Addendum A P.3          **Client: (x)**_____

**Client:** City Of San Buenaventura          **Attention:** Barbara Kam          **Contract #** __MN6219-3__

### Addendum A Page 4

10. Client and MUNIS agree that MUNIS, in performing the services herein specified, shall act as an independent contractor and shall have control of all work and the manner in which it is performed.  MUNIS shall be fee to contract for similar service to be performed for other employers while under contract with Client.  MUNIS is not an agent or employee of Client and is not entitled to participate in any pension plan, insurance, bonus or similar benefits Client provides for its employees.

11. MUNIS acknowledges and agrees that Client will not reimburse MUNIS for entertainment expenses.

**MUNIS:(x)**_____          Addendum A P.4          **Client: (x)**_____

Exhibit 1
Verification Test

The verification tests detailed below will be conducted following installation and prior to implementation. Only the tests corresponding to the software products licensed by Client will be conducted. The tests are performed using the MUNIS Verification Database. This database contains general information applicable to all customers. Given this, the verification tests will not validate site specific functionally. Rather, the tests will prove the MUNIS system is installed and performs base line functions. Client-specific functionality will be reviewed during the implementation phase when site-specific data will be built and applied against desired functionality.

Each phase contains three sections: table views, reports, and process. The phases are intended to be completed in 4 hours. Finally, each phase has a space where Client will be asked to initial, certifying the verification has been accepted.

**FINANCIALS:**

**Phase 1**                                                              _____
1. View General Ledger Master Table
2. View Budget Master Table
3. View Vendor Master Table
4. View General ledger Account Inquiry – perform drill down
5. Find PO's/Reqs in PO Inquiry
6. View Inventory Master
7. View Fixed Assets Master
8. View Work Order Master

**Phase 2**                                                              _____
9. Reports:
   a. GL Trial Balance
   b. YTD Budget Report
   c. Vendor Invoice List
   d. Open PO Report
   e. Inventory List by Location
   f. Fixed Asset List by Location

**Phase 3**                                                              _____
10 Enter a requisition
11 Approve the requisition
12 Convert to a PO
13 Post the PO
14 Enter an invoice against the requisition
15 Post the invoice
16 Print a Warrant Report
17 Print Checks (on blank paper without forms)
18 Find journals in Journal Inquiry using date find

**PAYROLL/HR:**

**Phase 1**                                                    _____
   1.  View Deduction master
   2.  View Pay Type Master
   3.  View Employee Master
   4.  View Employee Detail History – Perform Drill Down
   5.  View Position Table
   6.  View Terminated Employee Table

**Phase 2**                                                    _____
   7.  Reports
       a.  Employee Detail
       b.  Employee Accrual
       c.  Detail Check History Report
       d.  Payroll Register

**Phase 3**                                                    _____
   8   Add new Employee
   9   Build Job Pay Records
   10  Start a new PR
   11  Generate employee records
   12  Enter exceptions
   13  Print Final Proof
   14  Update Employee files
   15  Print checks (on blank paper without forms)

**UTILITY BILLING:**

**Phase 1**                                                    _____
   1.  View Charge Code file with Rate Tables
   2.  View Account Master  - Perform Drill Down
   3.  View Customer File
   4.  View Bill Inquiry
   5.  View Account Inquiry

**Phase 2**                                                    _____
   6.  Reports:
       a.  Consumption Inquiry/Report
       b.  UB Aging Report
       c.  Charge/Payment History
       d.  Detail Receivables Register

**Phase 3**                                                    _____

   7.  Add new account
   8.  Create water service record
   9.  Start a new bill run
       a.  View Charges File Maintenance
   10. Enter meter reading manually
   11. Run Charges Proof Register
   12. Generate AR
   13. Print Bills (on blank paper without forms)

14. Make a payment to a bill

**OTHER REVENUE (TAX/EXCISE/GENERAL BILLING):**

**Phase 1**
1. View Customer File                              _____
2. View Parcel File
3. View Charge Code File
4. View Tax Year Parameter
5. View Motor Vehicle Master File
6. View Bill Inquiry
7. View Lien File
8. View Receipt Inquiry
9. View Activity Totals Inquiry/Report
**Phase 2**
10. Reports                                        _____
    a. Summary Receivables
    b. Detail Receivables
    c. Posted Payments Report
**Phase 3**
11. Create a new General Billing Customer          _____
12. Add a GB Invoice
13. Make a payment against the GB
14. Make a payment against a Tax/Excise/Personal Property/Ect. Bill
15. Print Payments Proof
16. Post Payments
17. Use Receipt Inquiry to find the payment


**PERMITS & CODE ENFORCEMENT:**

**Phase 1**
1. View Permit Type f/m                            _____
2. View Project Type f/m
    a. Find a Project type with the 4 "bottom buttons" checked which indicates there
       is data.  If none, build some defaults at the bottom.
    b. Drill down using the bottom buttons.
3. View Inspection Type f/m
    a. Drill down into Inspectors and Checklist at bottom
4. View Violation Code f/m
    a. Drill down into Enforcement Steps
5. View Property Master
    a. Perform drill down using the Side Menu options.

**Phase 2**
6. Reports                                         _____
    a. Applications Status Report

b. Inspections History Report
c. Violations Report
d. Contractors Report
e. Dept/Board Review Report

**Phase 3**                                          _____
7.  Add a new Property.
    a. Set up default Restrictions, Hazards, and Violations at the bottom.
8.  Add a new Application.
    a. Use a Project/Act that has the four defaults set in Project Type f/m
       (One each is fine.)
    b. Make sure the App automatically set up the default Permits, Prerequisites,
    Inspections, and Dept/Board Reviews by choosing the options to view.
    c. Choose the Collect side menu option.  Make sure you can accept payments for
    the Fees and the system links to the A/R module properly.

## PARKING TICKETS:

**Phase 1**                                          _____
   1.  View Parking Ticket (PT) Parameter File
   2.  View PT Charge Codes
   3.  View Owner Maintenance

**Phase 2**                                          _____
   1.  PT Entry
   2.  PT Inquiry
   3.  Review Export/Import of data
   4.  Review Late Processing

**Phase 3**                                          _____
   1.  Issue by location report
   2.  Violations by issue date report
   3.  Issuer productivity report

## BUSINESS LICENSES:

**Phase 1**                                          _____
   1.  View Customer File
   2.  View Description Codes
   3.  View BL Charge Codes
   4.  View BL Master File
   5.  View BL Late Payment process
   6.  View Bill Inquiry
   7.  View Business Analysis Report

8. View Business Location Report

## ANIMAL LICENSES:

**Phase 1**
    1. View Animal Type File             _____
    2. View Customer File
    3. View AL Master File
    4. View License Detail Report
    5. View License History Report
    6. View Tag Report

## PROJECT ACCOUNTING:

(Performed with General Ledger)
**Phase 1**
    1. View Project Master Table       _____
    2. View GL Master with Project Code
    3. View Project Budget Report

## MUNIS OFFICE:

**Phase 1**
    1. Export from GL Account Inquiry into Excel   _____
    2. Export from GL Account Inquiry in Word

## MUNIS CRYSTAL REPORTS:

**Phase 1**
    1. Select any MUNIS Crystal Report from the library and display results   _____

## CONTRACT MANAGEMENT:

**Phase 1**
    1. View Contract Master File          _____
    2. Enter a Requisition against a contract

3.   View Contract Master to highlight changes

Exhibit 2

Support Call Process

Goal: To provide an efficient process that will assure timely call closure and response to clients and on-site trainers, resulting in high-level customer satisfaction.

Process:

1.   The MUNIS® Technical Support department is divided into four product specific teams with a separate team for OS/DBA contract clients.  When you call into **MUNIS (800-257-7254)** and dial "3" for Support, you hear a message asking you to press "1" for the Financials Team, "2" for the Payroll Team, "3" for the Tax Team and "4" for the Utility Billing Team.  If you have contracted for OS/DBA Support, press "5".

Creating "product specific" teams allows a Technician to focus on a group of modules rather than learning all MUNIS® products.  A team of Support Technicians assigned to specific MUNIS® products will handle your calls.

Each product support team provides technical phone support coverage from 8:00 AM – 6:00 PM (Eastern Standard Time) Monday – Friday.   OS/DBA Support is available from 8:00 AM – 6:00 PM (EST) Monday – Friday.  Extended support is provided until 8:00 PM (Eastern Standard Time) Monday – Friday on the products listed in Appendix B to this Exhibit 2 – Support Call Process.

2.   When you call MUNIS Support your call will be answered incoming by a support technician, or you will be transferred into the support voice mail.  We capture at least 70% of our daily calls incoming, which means you will often be able to start working with a support technician immediately when you call.

TIP**When you are leaving messages on the support voice mail, make sure the following information is in the message:

-Your name and the site you are calling for/from

-A phone number where you can be reached, or the site phone number

-The name of the contact person who will be working with support to resolve the problem

-Leave as much detail as you can about the issue (i.e.: program, error message)

1

-If this is an urgent issue (i.e., you cannot proceed with your payroll, year-end process or W2's until you talk to someone) articulate this in the message

-Try to be available to receive a call back. Most times a Support Technician will call back within the hour.

Support's goal is to get back to everyone as soon as possible. If you are not available when we call back we will leave a message with the open call number on your voice mail or with a person in your office. Then when you call back you can reference this call number so you do not have to re-explain the issue.

If you know you are going to be out of the office and think you might miss our call back, leave details about when you will be available on the support mailbox. This way we will call you back when we know you are available.

3.    Each call logged is given a priority (0,1,2,3) according to the attached list.  The goal of this structure is to clearly understand the importance of the issue and assign the priority for closure. MUNIS® Support keeps track of how responsive Support is to priority 0 and 1 calls each week. This measurement allows us to better evaluate overall customer satisfaction.

4.    Each day, the Senior Technicians, Team Leaders and Senior Analysts (senior technical support employees) review open priority 0 calls in their focus area. Priority 0 calls are either being worked on by a Support Technician or a senior support employee.

If Support requires assistance from Development, the Team Leader or Senior Technician will contact them immediately. The Development department is responsible for all MUNIS® program fixes and enhancement requests.

Priority 0 issues are worked on by Support and Development until they are resolved. If it is determined that the issue is a bug, an FER will be created with the appropriate priority. An FER is written up when a program fix or enhancement request goes to Development. Development uses FERs to track the status of every program fix and enhancement request.

5.    Senior support employees examine priority 1 calls every 2 days. If the senior support employee cannot effect movement on the call, the call will be brought to a Team Leader, Support Analysts or Technical Support Manager within a week. Priority 1 calls must be resolved or turned over to Development via an FER within two weeks from the day the call came in.

2

If it is determined that the issue is a bug, an FER will be created with the appropriate priority.
Priority 1 FERs are fixed within 30 days of the date the call came into Technical Support.

6.    Senior support employees examine priority 2 calls weekly.  If these calls are open after 2 weeks, they will be transferred to the Senior Support Technician or Team Leader.  They must be resolved or turned over to Development via an FER within 30 days from the start of the call.

If it is determined that the issue is a bug, an FER will be created with the appropriate priority.   Priority 2 FERs are fixed within 60 days of the date the issue was brought to Development for assistance.

7.    Priority 3 calls will not stay open more than 45 days without activity and will be resolved or turned over to Development via an FER within 60 days from the date of the call.

If it is determined that the issue is a bug, an FER will be created with the appropriate priority.   Priority 3 FERs are worked on when time permits and have no time constraint or deadline.

8.    The priority of a given call may be modified, as we become more informed about the circumstances surrounding an issue.  For example, a lower priority call may become a priority "0" if research discovers a more critical issue or previously unknown deadline or penalty.

9.    Some of your issues will not be resolved during the first call with a support technician.  If the call remains open, the technician will give you an open call number to reference.

If you are trying to follow up on a call you have open with a support technician, call the regular support line at least once, and leave a message with the technician who answers.  You can also leave a message in the support mailbox that you are looking for an update.  Make sure you have the open call number to reference so that anyone in support can follow up on the issue for you.

If you are working with a specific Support Technician, the quickest way to get a message to them is through the appropriate Support team.  Each team's voice mail is checked at least every ½ hour and messages directed to specific people in Support are delivered to these individuals.

Please, do not leave messages on any Support Technicians' personal voice mail. Technicians do not always check their personal mailbox as frequently as the support mailbox (i.e.: out sick or in training).

If you do not hear back from the support technician within a reasonable amount of time, call the appropriate Team Leader and tell them the open call number for which you need an update.  The Team Leader will call you back or have someone call you to work on the issue or give you an update.

Team Leaders and their phone extensions are as follows:

| John Carolan | (X4196) | Financials Team |
| Sonja Johnson | (X4157) | Payroll Team |
| Shawn Gaudreau | (X4424) | Tax Team |
| Laurie Littlejohn | (X4392) | Utility Billing Team |
| Lisa Couture | (X4385) | OS/DBA Team |

If you have not heard from the team leader, you should call Catherine Joy McCarron, Manager of Technical Support at extension 4124.  CJ McCarron will find out when the technician can call you or will have a senior technician call you as soon as possible.

Appendix A to Exhibit 2 – Support Call Process

Definitions and Response Time Summaries

<u>Definition of Priorities (examples):</u>

0      Critical Issue – MUNIS is down
       Undiagnosed but feared critical
       Situation may require a restore – MUNIS use suspended until a diagnosis is given
       Federal deadline / penalty or fine to be levied
       State/local deadline / penalty or fine to be levied
       Implementers on site and training cannot continue
       Site is going live today
       Client is in the middle of Year End Processing and cannot continue
       Payroll Checks cannot be printed/completed/Direct Deposit file due to bank
       Tax/Utility Bills are due and the client cannot continue
       System down due to hard drive/Server Failure – OS/DBA
       System down due to expired/deactivated GUI License

1      Severe issue, but there is a work around
       Federal/State/Local Deadline approaching within 30 days
       Another critical process hinges on the success of the completion of this issue
       Issue that may cause us to contact an external vendor so time to solve is not
       within our control
       Issue that may need to be evaluated for a major release so it is hot because of the
       release deadline
       Conversion/Migration data issue where client is under a deadline to prove data
       Request for new media – timing critical (W2 bug fix, for example)
       Client calling back with validation information on a FER sent to the site for
       confirmation.

2      Important issue – not severe
       Suspect a bug of a non-critical nature – may eventually generate a FER
       Routine system issues to be scheduled through OS/DBA or other technical
       employees
       Requests for new media – non-critical
       Requests for educational seminar information
       Issue with no immediate deadline (i.e.: > 30 days)
       Data correction to fix a few bills/records
       Routine product issues
       New printer set up/configuration with OS/DBA
       Problems loading GUI client software, IQ Objects, Crystal or Informix SDK

3      Lowest priority issues
       Not a severe issue – may just be a question of how something works
       Not expected to result in a bug FER for Development

5

Password for web site – phone numbers – enhancement request – request for documentation
Request for training
Routine system issues scheduled with OS/DBA

Resolution Time Summaries:

| Open Call Priority | Maximum # of Days a support call is open | Average # of Days a Support call is open | Maximum # of Days a Development FER is open |
|---|---|---|---|
| 0 | Immediate | 1 Day | Immediate |
| 1 | 10 Days | 3 ½ Days | 30 Days from Support call |
| 2 | 30 Days | 4 Days | 60 Days from FER date |
| 3 | 60 Days | 4 Days | N/A |

Appendix B to Exhibit 2 – Support Call Process

<u>Financials:</u>
Accounts Payable
Budget
Bids and Quotes
Cash Flow
Contract Management
Fixed Assets
Group Codes
General Ledger
Inventory
Project Accounting
Purchase Orders
Requisitions
Work Orders

<u>Payroll:</u>
Applicant Tracking
Kronos Interface
Payroll Projections
Personnel Management
Pension
Payroll

Exhibit 3

Tyler MUNIS Division
Business Travel Policy

1.     Introduction

This statement of company policy on travel and related business expenses is intended to establish equitable standards and achieve consistent and fair treatment of all employees who incur such expenses.

Travel should be consistent with the needs of the business and used to accomplish business objectives in a cost efficient and safe manner.  The Company recognizes that all reasonable and necessary expenditures by an employee on behalf of the Company are reimbursable to the employee.

Employees are expected to:

a.     exercise good judgement with respect to expenses, spending the Company's money as judiciously as they would their own and

b.     report all expenses promptly and accurately with the required documentation.

2.     Company Travel Agent

All travel arrangements (Air, Lodging and Car Rental) must be made through Dube Carlson Wagonlit Travel, the Company Travel Agent.  Dube Carlson will provide employees with the convenience of one phone call reservations and help the Company monitor and manage travel expenses.  The toll free number to call is (888) 394-9834.

3.     American Express Corporate Card

Tyler Technologies has selected American Express as its official corporate card for all business travel and entertainment expenses.  Employees who travel on a regular basis will be issued a card in their name without having to fill out an application.  An employee who does not travel enough to qualify for a corporate card may use a personal credit card if they are required to travel on company business.

Frequent travelers may chose to participate in the Membership Rewards Program which grants cardholders one point for every dollar charged on the card.  The annual fee for this program is the responsibility of the individual employee.

1

4.      Expense Reports

Employees must submit an expense report to their manager or designee for approval by the Tuesday following the week in which the travel occurs.

Expense reports must be accompanied by original receipts and, if applicable, signed Customer Services Reports.   For hotels and car rentals, employees must submit all establishment statements in addition to the credit card receipt.  For airline tickets, attach the passenger receipt or the original "Amex Square" that accompanies the statement. If the ticket is charged to the corporate account, the airline ticket receipt should be attached to the expense report but not reported for reimbursement.

The Company encourages employees to plan their business trips as far in advance as possible in order to obtain lower fares.  If the American Express bill arrives before the ticket is used, submit the original "Amex Square" with the next expense report.  Do not submit the passenger receipt, as it may be needed during the actual trip.  When the ticket is actually used, indicate on that week's expense report that the fare was previously reimbursed.

Approved expense reports must be received by accounting by close of business Tuesday for payment the following Friday.

5.      Air Travel

A. Reservations and Tickets

All air travel must be booked through Dube Carlson Wagonlit Travel and charged to the employee's Corporate American Express Card.  Airline tickets for employees who have not received their card yet or do not qualify for one will be charged to the Company account. Dube Carlson will identify all reasonable travel alternatives and discounts available including choice of airport, airline, dates and times.  The employee will select the most cost-effective flight available.  Employees are encouraged to make reservations far enough in advance to take full advantage of discount opportunities.

Unused tickets must be returned to the Company Travel Agent immediately to ensure proper credit.

B.      Restrictions

No more than 3 members of management or 6 employees may travel together on the same aircraft.

Employees may not pilot a private plane while on company business.

2

6.      Automobile

    A.      Private

Business use of an employee's private automobile will be reimbursed at a rate of $ .375 per mile plus out of pocket costs for tolls and parking.  Mileage will be calculated by using the employee's office as the starting and ending point, in compliance with IRS regulations. Employees who have been designated a home office should calculate miles from their home.

Mileage, parking and tolls incurred in traveling to an employee's office are considered commuting expenses and are not reimbursable travel expenses.

Employees must carry insurance, at their own expense, with limits appropriate to the states in which they drive.  The Company requires a minimum of $100,000 combined single limit for bodily and property damage; however $300,000 is recommended.  The Company does not assume liability for damages incurred in the event of an accident.

    B.      Rental

Employees are authorized to rent cars only in conjunction with air travel when cost, convenience and the specific situation require their use.  Public transportation (buses, airport limousine services or taxis) should be considered when traveling in and around cities or to and from airports.

The Company has selected Avis as its primary rental car firm.  Reservations must be made through the Company Travel Agent to ensure that we take full advantage of the contract. When renting a car for Company business, employees should decline the "collision damage waiver" and "personal accident insurance" on the rental agreement as the Company carries leased vehicle coverage for any employee leasing a vehicle for business purposes.  Travelers should also decline the "fuel purchase option" and return the car with a full tank of gas.

If the rental is split between personal and business use, the employee is responsible for any accident occurring during the personal portion of the rental.

7.      Lodging

All hotel reservations must be made by the Company Travel Agent except when a block of rooms has been reserved as a part of a meeting or convention being attended.  Dube Carlson will select hotel chains that are well established, reasonable in price and conveniently located in relation to the traveler's work assignment.  Typical hotel chains include Fairfield Inn, Hampton Inn and Holiday Inn Express.  If none are available, Dube Carlson will identify comparable hotels in the area and negotiate a competitive rate.  If the customer has a discount rate with a local hotel, notify Dube Carlson as soon as possible to ensure that all

employees can take advantage of the rate. When the Company anticipates a substantial number of overnight stays at a location, Dube Carlson will negotiate a special rate for employees traveling to that site.

Employees should inform Dube Carlson of membership in travel clubs such as AAA. In some cases, the club rate may be lower than the company rate.

Employees who do not utilize the Company Travel Agent or choose hotels that are not comparable to the selected chains may have their reimbursement prorated.

When reporting hotel costs, include just the price of the room and applicable taxes. Other items on the hotel bill, such as telephone and fax expenses, should be segregated and accounted for in the appropriate places on the travel expense report. Reasonable calls to the employee's home are allowable. Refer to Section 8 of this policy for details on telephones.

8.    Meals

Employee meals while on travel status are reimbursable in the form of a flat per diem rate. The reimbursement rates for individual meals are as follows:

| | |
|---|---|
| Breakfast | $ 5.00 |
| Lunch | 9.00 |
| Dinner | 26.00 |
| Total | $40.00 |

Receipts are not necessary to claim a per diem meal.

An employee on travel status will not be reimbursed for a meal that was purchased by another Tyler employee or a customer.

A.    Overnight Travel

Employees on overnight travel status are eligible to claim all three meals on their expense report except as follows:

Departure Day

| | |
|---|---|
| depart before 12:00 noon | lunch and dinner |
| depart after 12:00 noon | dinner |

Return Day

| | |
|---|---|
| Return before 12:00 noon | breakfast |
| Return between 12:00 noon & 8:00 p.m. | breakfast and lunch |

4

Return after 8:00* p.m.                    breakfast, lunch and dinner

*8:00 is defined as direct travel time and does not include time taken to stop for dinner

B.     Same Day Travel

Employees traveling at least 2 hours to a site and returning in the same day are eligible to claim lunch on an expense report.  Employees on same day travel status are eligible to claim dinner in the event they return home after 8:00* p.m.

*8:00 is defined as direct travel time and does not include time taken to stop for dinner

C.     Entertainment

All entertainment expense must have a business purpose and there are strict legal requirements regarding this activity.  A business discussion must occur either before, after or during the event in order to qualify for reimbursement.

In order to comply with the IRS substantiation requirement, all entertainment expenses must be supported by the following details:

1.     the date of the event

2.     the item (e.g., dinner lunch, drinks, etc.)

3.     the name of the service establishment

4.     the business topic (e.g., payroll, UB), "business discussion" and similar phrases are not sufficient descriptions

5.     the name, title and company of each person in attendance to establish the business relationship

6.     the total amount of the expense

An employee who submits an entertainment expense for a meal or participates in a meal submitted by another employee, as entertainment can not claim a per diem for that same meal.

9.    Telephones

A.     Telephone Credit Cards

The Company provides employees who travel on a regular basis with a Global Crossing

5

Calling Card.  Employees should use the card when making business calls from their hotel room, home or pay phones to take advantage of the lower rates.  Reasonable calls to an employee's home while traveling on Company business are allowable.

B.      Company 800 Number – 800 772-2260

Employees who are traveling should use the 800 number rather than a calling card to call the office.  The 800 number should be only used for long distance calls to the office, local calls are charged at the same rate as long distance calls.

C.      Cellular Phones

The Company has determined that the following positions require the use of a cellular phone:

- Senior Management
- Sales
- Project Managers

Employees in such positions will be reimbursed up to $100 for the one time purchase of a cellular phone. The employee will own the phone and be responsible for its maintenance. The company will not reimburse the employee for the cost of a replacement phone or any accessories.

The company will reimburse eligible employees up to $100 per month for the cost of a monthly plan that offers a specified number of free minutes each month. The employee is responsible for finding the calling plan that best suits his/her business usage.  The Company may also designate employees in other positions to be eligible for this plan if the circumstances justify the expense.

The Company has determined that the following positions do not require the use of a cellular phone but due to extensive travel the employee may choose to use one while traveling on company business:

- Implementation Specialists
- Installation Specialists

The company will reimburse eligible employees up to $50 per month for the cost of a monthly plan that offers a specified number of free minutes each month. The employee is responsible for finding the calling plan that best suits his/her business usage. The Company may also designate employees in other positions to be eligible for this plan if the circumstances justify the expense.

10.     Unallowable Expenses

6

Except as covered elsewhere in this policy, the following is a list of items considered to be of a personal nature and, therefore, not reimbursable by the Company:

a.    shoe shines, haircuts, and similar personal grooming services

b.    movies, shows and sporting events

c.    travel and personal property insurance

d.    excess cost of making a personal side trip

e.    fines for traffic violations

f.    laundry and valet charges on trips less than five days

g.    loss or theft of personal property, money or tickets

h.    travel expenses to and from your principal place of work

i.    purchase of clothing or items for personal use

j.    cost of personal credit cards

11.    Responsibilities

Management is responsible for the administration of this policy as it relates to their employees.  The Chief Financial Officer must approve all interpretations and exceptions to this policy.  The Company reserves the right to amend this policy at any time, without advance notice.

Effective Date: January 4, 2004