UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CITY OF SAN BUENAVENTURA, )<br>CALIFORNIA, )<br> )<br>    Defendant. ) | Civil Action<br>Docket No. _____ |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

NOW COMES the Plaintiff, Tyler Technologies, Inc., by and through its undersigned counsel, and, pursuant to Fed.R.Civ.P. 7.1(a), states that: (1) it is a publicly traded corporation whose shares are traded on the New York Stock Exchange (symbol: TYL); and (2) no publicly held corporation owns 10% or more of its common stock.

Dated: May 26, 2006

Respectfully submitted,

/s/ Roy T. Pierce
Jonathan S. Piper
Roy T. Pierce
Attorneys for Plaintiff
Tyler Technologies, Inc.

PRETI, FLAHERTY, BELIVEAU, & PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
(207) 791-3000

1129460.1