UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TYLER TECHNOLOGIES, INC.,      ) | |
|     ) | |
|     Plaintiff,     ) | |
|     ) | |
| v.     ) | Civil Action |
|     ) | Docket No. 06-CV-100-GC |
| CITY OF SAN BUENAVENTURA,      ) | |
| CALIFORNIA,     ) | |
|     ) | |
|     Defendant.     ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, Tyler Technologies, Inc., by and through its undersigned counsel, and, pursuant to Fed.R.Civ.P. 41(a)(1), voluntarily dismisses this action without prejudice. Plaintiff states that the Defendant has not yet been served with the Summons and Complaint, nor has the Defendant served an answer or a motion for summary judgment.

Dated: June 7, 2006

Respectfully submitted,

/s/ Roy T. Pierce
Jonathan S. Piper
Roy T. Pierce
Attorneys for Plaintiff
Tyler Technologies, Inc.

PRETI, FLAHERTY, BELIVEAU, & PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
(207) 791-3000

1134387.1